COHEN and Others, as Commissioners of Elections of the City of New York, and Others, Respondents.— Order denying motion to strike out certain designating petitions affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of JOAQUIN SARIO and Another to Have Stricken Out and Declared Invalid, Null and Void, the Petitions Purporting to Designate the Following Named Persons as Candidates or as Candidates for Nomination of the American Labor Party for Public Office or for Election to the Party Positions of Such Party, in and from the County of Queens: for State Senator, Third Senatorial District: Paul Arnone. For Member of Assembly: William Reznicek, First Assembly District; Jacob Grossman, Third Assembly District. For Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District: From the First Assembly District, Michael Birardi and Others. From the Third Assembly District, Paul Arnone and Others. For Alternate Delegates to the American Labor Party State Convention and Judicial Convention, Second Judicial District: From the First Assembly District, Louis Bokar and Others. From the Third Assembly District, Paul Antonini and Others. JOAQUIN SARIO and Another, Appellants; S. HOWARD COHEN and Others, as Commissioners of Elections of the City of New York, and Others, Respondents.— Order denying motion to strike out certain designating petitions affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

## (September 10, 1940.)

In the Matter of MAURICE A. FITZGERALD, Appellant, against S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, Respondents, for an Order Declaring Valid, Proper and Legally Effective and to Accept the Designating Petitions Filed with the Board of Elections Designating the Petitioner, MAURICE A. FITZGERALD, as a Candidate in the Democratic Primaries for the Office of Sheriff of Queens County, and to Compel the Printing of the Name of Petitioner on the Official Democratic Primary Ballots for the Office of Sheriff of Queens County and to Restrain the Board of Elections from Printing, Distributing and Using in the Democratic Primaries Any Ballots Not Containing the Name of Petitioner as a Candidate for Such Office.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to compel the board of elections to print petitioner's name on the official Democratic primary ballot for the office of sheriff of Queens county, and restraining the board of elections from printing, distributing and using in the Democratic primaries any ballots not containing the name of petitioner as a candidate for such office, affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Hagarty, Johnston and Close, JJ., concur.

In the Matter of the Application of JULE L. MAISEL and ALEXANDER H. KATZ, Appellants, for an Order to Declare Valid the Designating Petitions Filed by or on Behalf of the Said JULE L. MAISEL and ALEXANDER H. KATZ, with the Board of Elections of the City of New York, as Candidates for Nomination to the Office of Assembly, Sixth Assembly District, Democratic Party, Kings County, and